May Dean **GOODWIN**,
Petitioner-Respondent,

v.

Garnett G. **GOODWIN**,
Respondent-Appellant.

No. WD 38757.

Missouri Court of Appeals,
Western District.

May 5, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Leonard K. Breon, Warrensburg, for Garnett Goodwin, appellant.

C. Michael Fitzgerald, Warrensburg, for May Dean Goodwin, respondent.

Before BERREY, P.J., and KENNEDY and MANFORD, JJ.

### ORDER

PER CURIAM:

Garnett G. Goodwin appeals a maintenance award granted to May Dean Goodwin in this dissolution of marriage action. The judgment has been affirmed per curiam, pursuant to Rule 84.16(b).